TUAN VAN LAI, SBN 182967
tvlai@earthlink.net
LAW OFFICES OF TUAN VAN LAI
5591 Sky Parkway, Suite 407
Sacramento, CA  95823
Phone:  (916)399-4980
Fax:      (916)399-4982

Attorney for Defendant
DANIEL VIEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA KOUSSA,<br><br>               Plaintiff,<br><br>v.<br><br>DANIEL VIEN and Does 1-10,<br><br>               Defendants. | Case No. 2:16-cv-00630-KJM-CKD<br><br>**ORDER ON STIPULATION WITHDRAWING PLAINTIFF'S APPLICATION FOR DEFAULT AGAINST DANIEL VIEN (DKT 10), AND SET ASIDE ENTRY OF DEFAULT (DKT 9)** |

   Plaintiff PAMELA KOUSSA ("Plaintiff"), and Defendant DANIEL VIEN ("Defendant") by and through their attorneys of record, having been considered, the Court orders as follows::

1. Plaintiff's Application for Default Judgment by Court Against Daniel Vien (DKT 10) is withdrawn.  The briefing schedule associated with the application is vacated.
2. The Clerk's Entry of Default (DKT 9) is hereby set aside.
3. Defendant shall have ten days after the date of this order to file its answer to the complaint.

/////

/////

/////

**IT IS SO ORDERED.**

Dated:  September 19, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE